IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Prera, Mayra A

Printed: 12/02/08

Case Number: 08 B 09068
Judge: Wedoff, Eugene R
Filed: 4/14/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 16, 2008
Confirmed: June 19, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 900.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 841.50 |
| Trustee Fee: |  | 58.50 |
| Other Funds: |  | 0.00 |
| Totals: | 900.00 | 900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | John H Redfield | Administrative | 1,974.00 | 841.50 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | World Financial Network Nat'l | Secured | 0.00 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 13,707.37 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 668.78 | 0.00 |
| 6. | Unifund CCR Partners | Unsecured | 9,862.40 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 8,099.54 | 0.00 |
| 8. | A/R Concepts Inc | Unsecured |  | No Claim Filed |
| 9. | TNB Card | Unsecured |  | No Claim Filed |
| 10. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 11. | Capital One | Unsecured |  | No Claim Filed |
| 12. | Discover Financial Services | Unsecured |  | No Claim Filed |
| 13. | Lou Harris | Unsecured |  | No Claim Filed |
| 14. | Asset Acceptance | Unsecured |  | No Claim Filed |
| 15. | Sharon Davila | Unsecured |  | No Claim Filed |
| 16. | Harris & Harris | Unsecured |  | No Claim Filed |
|  |  |  | $ 34,312.09 | $ 841.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 58.50 |
|  | $ 58.50 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Prera, Mayra A | Case Number: 08 B 09068 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/02/08 | Filed: 4/14/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

